UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

DONALD B. GLIDDEN and
AUBREY M. GLIDDEN,

Debtors.

Chapter 13
Case No. 13-20889

**ORDER GRANTING IN PART AND DENYING IN PART FIFTH
INTERIM APPLICATION OF MOLLEUR LAW OFFICE FOR
<u>COMPENSATION OF LEGAL SERVICES</u>**

This matter came before the Court on the Fifth Interim Application of Molleur Law Office for Compensation of Legal Services (D.E. 103) (the "Fee Application") seeking allowance, on an interim basis, of $1,221.10 in fees and $94.50 in costs for a total of $1,315.60. The fees include $214.00 billed in connection with the preparation and review of the Fee Application. The Court previously awarded Molleur Law Office $10,322.33 in fees and expenses following fee applications filed on January 30, 2014, December 18, 2014, December 1, 2015 and October 4, 2016.

In light of the fact that the Fee Application was filed just five months after the most recent fee application, and at a time when insufficient funds are available to pay the fees sought, the Court finds that the $214.00 in fees billed in connection with the preparation and review of the Fee Application are unreasonable. Those fees are hereby disallowed without prejudice to Molleur Law Office's right to request those fees at the time of its final fee application.

It is hereby ordered that Molleur Law Office, as counsel for the Debtor, is allowed the sum of $1,007.10 in fees and $94.50 in costs for a total of $1,101.60, in addition to the $10,322.33 previously allowed, representing reasonable compensation for services rendered to the Debtors between October 4, 2016 and March 2, 2017. The Trustee is authorized to pay and shall pay said allowed fees and costs from the administrative reserve held by the Chapter 13 Trustee or to the extent of available funds.

Dated: March 30, 2017

/s/ Peter G. Cary
Hon. Peter G. Cary
United States Bankruptcy Court